AP2025-7
File No. C25-000012

All Pro AMC
All Pro Internal
3003 Purchase Street
Purchase, NY, 10577

File Number: C25-000012

In accordance with your request, I have appraised the real property at:

18 & 20 S Main St/ 21-25 E Broadway
Port Chester, NY 10573

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as vacant. The property rights appraised are the fee simple interest in the site.

In my opinion, the market value of the property as of March 14, 2025 is:

$5,500,000
Five Million Five Hundred Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Leonardo Jo, MBA

NYS Certified General Appraiser

# LAND APPRAISAL REPORT

AP2025-7  
File No. C25-000012

## SUBJECT

Borrower: The Galinn Fund, LLC (Anthony Mangone)  Census Tract: 0080.00  Map Reference: 35614  
Property Address: 18 & 20 S Main St/ 21-25 E Broadway  
City: Port Chester  County: Westchester  State: NY  Zip Code: 10573  
Legal Description: Block 4472, Lot 13  
Sale Price: _____  Date of Sale: _____  Loan Term: ___ yrs.  Property Rights Appraised: [X] Fee  [ ] Leasehold  [ ] De Minimus PUD  
Actual Real Estate Taxes: $6,056.00 (yr.)  Loan charges to be paid by seller: _____  Other sale concessions: _____  
Lender/Client: All Pro Internal  Address: 3003 Purchase Street, Purchase, NY 10577  
Occupant: Vacant  Appraiser: Leonardo Jo, MBA  Instructions to Appraiser: Vacant Land Valuation

## NEIGHBORHOOD

Location: [ ] Urban  [X] Suburban  [ ] Rural  
Built Up: [X] Over 75%  [ ] 25% to 75%  [ ] Under 25%  
Growth Rate: [ ] Fully Dev.  [ ] Rapid  [X] Steady  [ ] Slow  
Property Values: [ ] Increasing  [X] Stable  [ ] Declining  
Demand/Supply: [ ] Shortage  [X] In Balance  [ ] Over Supply  
Marketing Time: [ ] Under 3 Mos.  [X] 4-6 Mos.  [ ] Over 6 Mos.  
Present Land Use: 58% One-Unit  10% 2-4 Units  10% Apts  15% Condo  5% Commercial  1% Industrial  1% Vacant  
Change in Present Land Use: [X] Not Likely  [ ] Likely  [ ] Taking Place(*)  (*)From _____ To _____  
Predominant Occupancy: [X] Owner  [ ] Tenant  ___% Vacant  
One-Unit Price Range: $500,000 to $1,100,000  Predominant Value: $700,000  
One-Unit Age: 1 yrs. to 145 yrs.  Predominant Age: 85 yrs.

|  | Good | Avg | Fair | Poor |
|---|---|---|---|---|
| Employment Stability | | X | | |
| Convenience to Employment | | X | | |
| Convenience to Shopping | | X | | |
| Convenience to Schools | | X | | |
| Adequacy of Public Transportation | | X | | |
| Recreational Facilities | | X | | |
| Adequacy of Utilities | | X | | |
| Property Compatibility | | X | | |
| Protection from Detrimental Conditions | | X | | |
| Police and Fire Protection | | X | | |
| General Appearance of Properties | | X | | |
| Appeal to Market | | X | | |

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): _____

## SITE

Dimensions: Survey = 17862 sf  [ ] Corner Lot  
Zoning Classification: CD-6 Urban Core Character District  Present Improvements: [X] Do  [ ] Do Not Conform to Zoning Regulations  
Highest and Best Use: [X] Present Use  [ ] Other (specify)

| | Public | Other (Describe) |
|---|---|---|
| Elec. | X | |
| Gas | X | |
| Water | X | |
| San. Sewer | X | |
| | [ ] Underground Elec & Tel | |

OFF-SITE IMPROVEMENTS  
Street Access: [ ] Public  [X] Private  
Surface: Concrete  
Maintenance: [X] Public  [ ] Private  
[ ] Storm Sewer  [ ] Curb/Gutter  
[X] Sidewalk  [ ] Street Lights  

Topo: _____  Size: _____  Shape: _____  View: _____  Drainage: _____  
Property located in a HUD identified Special Flood Hazard Area?  [ ] Yes  [X] No

Comments (favorable or unfavorable including any apparent adverse easements, encroachments or other adverse conditions): _____

## MARKET DATA ANALYSIS

The undersigned has recited three recent sales of properties most similar and proximate to the subject and has to be considered these in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject, if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 18 & 20 S Main St/ 21-25 E Broadway Port Chester, NY 10573 | 402 Halstead Ave Harrison, NY 10528 | | 1 Webb Ave Rye, NY 10580 | | 115 Cedar St New Rochelle, NY 10801 | |
| Proximity to subject | | 3.02 MILES SW | | 1.54 MILES NW | | 8.32 MILES SW | |
| Sales Price | $ | | $ 3,300,000 | | $ 8,000,000 | | $ 4,500,000 |
| Price $/Sq. Ft. | | | | | | | |
| Data Source | | Geodata #73422 ; DOM Unk | | Geodata #20305 ; DOM Unk | | Geodata #73163 ; DOM Unk | |
| Date of Sale and Time Adjustment | DESCRIPTION | DESCRIPTION | +(-) Adjust. | DESCRIPTION | +(-) Adjust. | DESCRIPTION | +(-) Adjust. |
| | | 08/23/2023 | 0 | 05/01/2024 | 0 | 12/20/2023 | 0 |
| Location | Suburban | Suburban | | Suburban | | New Rochelle | 225,000 |
| Site/View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Zoning | CD-6 | MF | 0 | SB-0 | 400,000 | Railroad | 450,000 |
| Lot Size | 17,862 sf | 22,216 sf | 0 | 6,600 sf | 0 | 19,166 sf | |
| Buildable SF | 152,890 sf | 44,432 sf | 2,169,200 | 332,101 sf | -3,584,220 | 245,000 | -1,842,200 |
| Approved | Yes | No | 165,000 | No | 400,000 | Yes | |
| Sales or Financing Concessions | None | None | | None | | None | |
| Net Adj. (Total) | | [X] +  [ ] - | $ 2,334,200 | [ ] +  [X] - | $ 2,784,220 | [ ] +  [X] - | $ 1,167,200 |
| Indicated Value of Subject | | Gross Adj: 70.7 %  Net Adj: 70.7 % | $ 5,634,200 | Gross Adj: 54.8 %  Net Adj: -34.8 % | $ 5,215,780 | Gross Adj: 55.9 %  Net Adj: -25.9 % | $ 3,332,800 |

Comments on Market Data: $20 per sf buildable, 5% of the sales price for sold for approved job filings, $10% of the sales price for comparables located in New Rochelle, 4% for active listings, 5% of the sales price for SB-0 vs CD-6 zoning, 10% for Railroad vs CD-6 zoning, 2.5% of the sales price for the time adjustment for Comparable 4 which sold over 2 years ago.

Comments and Conditions of Appraisal: _____

## RECONCILIATION

Final Reconciliation: Most weight is given to Comparable 1 as it is similar in zoning. Some weight is given to Comparable 2 for being the most recent sale. Therefore, the final market value of $5,500,000 has been given to the subject property.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF March 14, 2025 TO BE $ 5,500,000

| APPRAISER | SUPERVISORY APPRAISER (if applicable) |
|---|---|
| Signature: /s/ Leonardo Jo | Signature: |
| Name: Leonardo Jo, MBA | Name: |
| Title: NYS Certified General Appraiser | Title: |
| Date Report Signed: 04/27/2023 | Date Report Signed: |
| State Certification #: 46000046484  State: NY | State Certification #:   State: |
| State License #:   State: | State License #:   State: |
| Expiration Date of Certification or License: 03/12/2026 | Expiration Date of Certification or License: |
| Date of Inspection: March 14, 2025 | [ ] Did  [ ] Did Not Inspect Property  Date of Inspection: |

# LAND APPRAISAL REPORT

File No. C25-000012 AP2025-7

The undersigned has recited three recent sales of properties most similar and proximate to the subject and has to be considered these in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject, if a significant in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

## MARKET DATA ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 18 & 20 S Main St/ 21-25 E Broadway Port Chester, NY 10573 | 357 Huguenot St New Rochelle, NY 10801 | | 457 North St New Rochelle, NY 10801 | | 700 Main St New Rochelle, NY 10801 | |
| Proximity to subject | | 8.96 MILES SW | | 4.23 MILES NW | | 9.22 MILES SW | |
| Sales Price | $ | | $ 1,325,000 | | $ 10,000,000 | | $ 4,900,000 |
| Price $/Sq. Ft. | | | | | | | |
| Data Source | | Geodata #53349 ; DOM Unk | | LoopNet #28532776 ; DOM 411 | | LoopNet #22043090 ; DOM 54 | |
| Date of Sale and Time Adjustment | DESCRIPTION | DESCRIPTION 01/04/2023 | +(-) Adjust. 33,125 | DESCRIPTION Active | +(-) Adjust. -38,850 | DESCRIPTION Active | +(-) Adjust. -38,850 |
| Location | Suburban | New Rochelle | 66,250 | New Rochelle | 64,750 | New Rochelle | 64,750 |
| Site/View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Zoning | CD-6 | DO-2 | 0 | DO-6 | 0 | DO-2 | 0 |
| Lot Size | 17,862 sf | 5,227 sf | 0 | 42,253 sf | 0 | 33,541 sf | 0 |
| Buildable SF | 152,890 sf | 24,885 | 2,560,100 | 100,000 sf | 1,057,800 | 72,322 sf | 1,611,400 |
| Approved | Yes | No | 66,250 | No | 500,000 | No | 245,000 |
| Sales or Financing Concessions | None | None | | None | | None | |
| Net Adj. (Total) | | [X] + [ ] - | $ 2,725,725 | [X] + [ ] - | $ 1,583,700 | [X] + [ ] - | $ 1,882,300 |
| Indicated Value of Subject | | Gross Adj: 205.7 % Net Adj: 205.7 % | $ 4,050,725 | Gross Adj: 16.6 % Net Adj: 15.8 % | $ 11,583,700 | Gross Adj: 40.0 % Net Adj: 38.4 % | $ 6,782,300 |

## COMMENTS

Comments on Market Data

# ADDENDUM

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester    State: NY    Zip: 10573 | |
| Lender: All Pro Internal | |

The subject currently has approved plans for a 12-story, mixed use building with a total size of 152,890 sf which includes 19,083 sf of commercial retail space and 120 residential units.

Due to the lack of similar sales, due to low turnover, the appraiser utilized sales located greater than 0.5 mile, but less than 9-miles, and sales that sold greater than six months but less than three years from the date of value.

Due to the lack of similar listings, the appraiser utilized listings located greater than 0.5 miles, but less than 9.3-mile.

Comparables 1, 2, 3, and 4 are closed sales, while Comparables 5 and 6 are current listings.

No adjustment is made for the difference in basement rooms and basement GLA as it is below grade.

These adjustments are calculated using a paired sales analysis of similar sales on MLS, discussions with local brokers and the appraiser's knowledge of the area.

The comparables utilized in this report are all arm's length transactions based on the deed verification.
I have performed NO services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. The subject's exposure time is estimated at 150 days. The source of exposure time is based on Appraisal of Real Estate, 13th Edition.

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the state Scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The comparables financing and/or sale concession is based on data provided by MLS and/or public records.  As the MLS and public records typically do not state whether the comparable transferred as a conventional or FHA upon the closing, the appraiser assumes conventional financing as this is the common financing in the neighborhood.

PLANNING COMMISSION APPROVAL

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester | State: NY  Zip: 10573 |
| Lender: All Pro Internal | |



SEQRA NEGATIVE DECLARATION: NOTICE OF DETERMINATION
NO SIGNIFICANT ADVERSE ENVIRONMENTAL IMPACT

RESOLUTION OF THE VILLAGE OF PORT CHESTER PLANNING COMMISSION

September 28, 2022

The Complex at Port Chester, LLC
18 & 20 South Main Street, 21 & 25 East Broadway
Section 142.30, Block 2, Lots 60 & 67
Case # 2019-0192

Received OCT 03 2022 VILLAGE OF PORT CHESTER

WHEREAS, the Village of Port Chester Planning Commission (the "Planning Commission") is in receipt of a Site Plan application (the "Application") submitted by Blanchard & Wilson LLP, on behalf of The Complex at Port Chester, LLC (the "Applicant") for the site located at 18 & 20 South Main Street, and 21 & 25 East Broadway, specifically known and designated as Section 142.30, Block 2, Lots 60 and 67 (the "Site" or "Project Site"); and

WHEREAS, the Site is located in the CD-6 Urban Core Character District (the "CD-6 District"); and

WHEREAS, the Applicant proposes to develop a 12-story, 152,890 sf mixed-use residential development (the "Proposed Action" or "Proposed Development" or "Proposed Project"). The Proposed Project includes 19,083 sf of commercial retail space, 120 residential units (52 studios, 54 one-bedroom, 14 two-bedroom) throughout twelve residential stories, residential amenities and stacked parking for 90 vehicles; and

WHEREAS, the Applicant is seeking Site Plan approval from the Planning Commission under the Village Character-Based Code adopted May 20, 2020, as amended; and

WHEREAS, the Planning Commission declared its intent to be Lead Agency for the Proposed Action in a coordinated review of all actions by local approving authorities during its August 31st, 2020 public meeting on the Application, pursuant to Part 617 of the regulations implementing the State Environmental Quality Review Act ("SEQRA"), Article 8 of the Environmental Conservation Law; and

WHEREAS, the Notice of Intent to Act as Lead Agency was circulated to all Interested and Involved Agencies; and

WHEREAS, the Planning Commission did not receive responses from any of the Involved or Interested agencies objecting to the Planning Commission acting as Lead Agency within the 30-day response period, and thus the Planning Commission was established as the Lead Agency for the Proposed Actions at its September 29th, 2020 meeting; and

WHEREAS, the Planning Commission, as Lead Agency, designates the Proposed Action as an "Unlisted" action pursuant to Part 617 of the regulations implementing SEQRA; and

WHEREAS, in furtherance of the Proposed Action, the Applicant submitted a Full Environmental Assessment Form ("FEAF"), Part 1, together with supporting materials; and

WHEREAS, the pursuant to and in accordance with SEQRA, the Village Department of Planning and Economic Development has prepared FEAF Parts 2 and 3 with respect to the Proposed Action for consideration by the Planning Commission; and

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester    State: NY | Zip: 10573 |
| Lender: All Pro Internal | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date:     March 14, 2025
Appraised Value: $     5,500,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**



**COMPARABLE SALE #1**

402 Halstead Ave
Harrison, NY 10528
Sale Date: 08/23/2023
Sale Price: $ 3,300,000



**COMPARABLE SALE #2**

1 Webb Ave
Rye, NY 10580
Sale Date: 05/01/2024
Sale Price: $ 8,000,000



**COMPARABLE SALE #3**

115 Cedar St
New Rochelle, NY 10801
Sale Date: 12/20/2023
Sale Price: $ 4,500,000

| 25-22685-shl | Doc 3 Filed 07/29/25 Entered 07/29/25 14:56:28 | Exhibit A - |
|---|---|---|
| | COMPARABLE PROPERTY PHOTO ADDENDUM | |
| | Appraisal Pg 8 of 14 | |

| Borrower: The Galinn Fund, LLC (Anthony Mangone) | | File No.: C25-000012 |
|---|---|---|
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | | Case No.: AP2025-7 |
| City: Port Chester | State: NY | Zip: 10573 |
| Lender: All Pro Internal | | |



**COMPARABLE SALE #4**

357 Huguenot St
New Rochelle, NY 10801
Sale Date: 01/04/2023
Sale Price: $ 1,325,000



**COMPARABLE SALE #5**

457 North St
New Rochelle, NY 10801
Sale Date: Active
Sale Price: $ 10,000,000



**COMPARABLE SALE #6**

700 Main St
New Rochelle, NY 10801
Sale Date: Active
Sale Price: $ 4,900,000

Borrower: The Galinn Fund, LLC (Anthony Mangone)
Property Address: 18 & 20 S Main St/ 21-25 E Broadway
City: Port Chester State: NY Zip: 10573
Lender: All Pro Internal
File No.: C25-000012
Case No.: AP2025-7



Additional Street View





## LOCATION MAP

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester    State: NY | Zip: 10573 |
| Lender: All Pro Internal | |

Subject
18 & 20 S Main St/ 21-25 E Broadway
Port Chester, NY 10573

Comparable Sale 1
402 Halstead Ave
Harrison, NY 10528
3.02 miles SW

Comparable Sale 2
1 Webb Ave
Rye, NY 10580
1.54 miles NW

Comparable Sale 3
115 Cedar St
New Rochelle, NY 10801
8.32 miles SW

Comparable Sale 4
357 Huguenot St
New Rochelle, NY 10801
8.96 miles SW

Comparable Sale 5
457 North St
New Rochelle, NY 10801
4.23 miles NW

Comparable Sale 6
700 Main St
New Rochelle, NY 10801
9.22 miles SW

| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
|---|---|
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester    State: NY | Zip: 10573 |
| Lender: All Pro Internal | |



# PLAT MAP

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester　　　　　　　　　　State: NY | Zip: 10573 |
| Lender: All Pro Internal | |

| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester　　　　　State: NY | Zip: 10573 |
| Lender: All Pro Internal | |



| | |
|---|---|
| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester　　　　　State: NY | Zip: 10573 |
| Lender: All Pro Internal | |

| Borrower: The Galinn Fund, LLC (Anthony Mangone) | File No.: C25-000012 |
|---|---|
| Property Address: 18 & 20 S Main St/ 21-25 E Broadway | Case No.: AP2025-7 |
| City: Port Chester       State: NY | Zip: 10573 |
| Lender: All Pro Internal | |

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 02/21/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** NUTMEG INS AGENCY INC
76210789
The Hartford Business Service Center
3600 Wiseman Blvd
San Antonio, TX 78251

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** (866) 467-8730
**FAX (A/C, No):**
**E-MAIL ADDRESS:**

**INSURER(S) AFFORDING COVERAGE / NAIC#**
INSURER A: Hartford Fire Insurance Company / 19682
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED:** Excellent Value Appraisals LLC
387 2ND AVE STE 234
NEW YORK NY 10010-5614

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS |
|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY / CLAIMS-MADE / OCCUR | | | | | | EACH OCCURRENCE / DAMAGE TO RENTED PREMISES (Ea occurrence) / MED EXP (Any one person) / PERSONAL & ADV INJURY |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC / OTHER: | | | | | | GENERAL AGGREGATE / PRODUCTS - COMP/OP AGG |
| | AUTOMOBILE LIABILITY / ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) / BODILY INJURY (Per person) / BODILY INJURY (Per accident) / PROPERTY DAMAGE (Per accident) |
| | UMBRELLA LIAB / EXCESS LIAB / OCCUR / CLAIMS-MADE / DED / RETENTION $ | | | | | | EACH OCCURRENCE / AGGREGATE |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE / OTHER / E.L. EACH ACCIDENT / E.L. DISEASE - EA EMPLOYEE / E.L. DISEASE - POLICY LIMIT |
| A | PROFESSIONAL LIABILITY; E&O | | | 76 OHO 446771 | 04/07/2024 | 04/07/2025 | PER CLAIM LIMIT $1,000,000 / AGGREGATE LIMIT $2,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Those usual to the Insured's Operations.

**CERTIFICATE HOLDER**
For Informational Purposes
Leonardo Jo
387 2ND AVE STE 234
NEW YORK NY 10010-5614

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Susan F. Castaneda*

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD