FILED: SUFFOLK COUNTY CLERK 01/24/2025 10:12 AM
NYSCEF DOC. NO. 98
INDEX NO. 619869/2023
RECEIVED NYSCEF: 01/24/2025

25-22685-shl   Doc 3-4   Filed 07/23/25   Entered 07/23/25 14:56:28   Exhibit D -
Foreclosure Order    Pg 1 of 3

*Ex Parte*

At an IAS Term, Part 33, of the Supreme Court of the State of New York, held in and for the County of SUFFOLK at the Courthouse thereof, located at 1 Court Street, Riverhead, NY 11901, on the 10th day of January 2025

PRESENT:

    HON. THOMAS F. WHELAN
                    Justice.

-------------------------------------------------------------x

THE GALINN FUND LLC,

                    Plaintiff,

    -against-

THE COMPLEX AT PORT CHESTER LLC, JILL CARIDI, MICHAEL CARIDI, SAMAR CONSULTING, INC., JOHN DOE #1 and JANE DOE #2

                    Defendants.
-------------------------------------------------------------x

Index No. 619869/2023

ORDER AMENDING
JUDGMENT OF
FORECLOSURE AND SALE

Foreclosure of:
38 Hildreth Avenue n/k/a
96 Audubon Avenue
Bridgehampton, NY
D: 0900, S: 088.00
B: 02.00 L: 027.000, and

18 and 21 East Broadway,
Port Chester, NY,
S: 142.30, B: 2, Lots 60
and 67

On the Summons, Verified Complaint and Notice of Pendency of Action in Suffolk County heretofore filed with the Clerk of this Court on August 9, 2023, and the Notice of Pendency filed herein in Westchester County on December 28, 2023, the Affidavits of Service of the Summons and Complaint upon all of the defendants, all of which were duly filed with the Clerk of the Court, and the Judgment of Foreclosure and Sale granted herein on August 23, 2024 and entered on August 28, 2024 all of which are more particularly referred to in the Affirmation of Regularity of Adam E. Mikolay, Esq., Of Counsel to LANCE FALOW, Esq., an attorney for

FILED: SUFFOLK COUNTY CLERK 01/24/2025 10:12 AM
NYSCEF DOC. NO. 98

INDEX NO. 619869/2023
RECEIVED NYSCEF: 01/24/2025

25-22685-shl    Doc 3-4    Filed 07/23/25    Entered 07/23/25 14:56:28    Exhibit D -
Foreclosure Order    Pg 2 of 3

plaintiff, signed on November 25, 2024, from which Affirmation it appears that this is an action to foreclose a mortgage upon real property situate within Suffolk County and also within Westchester County; and upon the prior Judgment of Foreclosure of this Court, it was determined that the sum of $13,206,000.00 plus interest and fees and expenses was due to the plaintiff as of May 1, 2024 and that the mortgaged premises should be sold in parcels and that the Suffolk parcel would be sold first and thereafter the plaintiff would make further application for direction as to the auction of the Westchester parcel, whereas it now appears the defendant has surrendered the Suffolk parcel to the plaintiff and that the defendant is still indebted to the plaintiff and no one being entitled to notice of this application except THE COMPLEX AT PORT CHESTER LLC, JILL CARIDI and MICHAEL CARIDI who are entitled to notice by reason of their having appeared herein and demanded notice of the instant application; and who were provided notice by e-filing of the instant application:

NOW, on the application of LANCE FALOW, ESQ., attorney for plaintiff, it is

ORDERED, ADJUDGED AND DECREED, that the application be and the same is hereby in all respects granted and that the Judgment of Foreclosure and Sale entered herein on August 28, 2024 be and the same is hereby amended as follows:

ORDERED, ADJUDGED AND DECREED, that the Westchester County parcel of the mortgaged premises described in the Verified Complaint, be sold as follows,

**AUCTION OF PARCEL 2, THE WESTCHESTER PROPERTY:**

Sale of the WESTCHESTER COUNTY PARCEL (2) shall be at public auction in the lobby of the _Supreme Court Westchester County, 111 Dr Martin Luther King Blvd, White Plains NY_ subject to any prior liens of record by and under the direction of (Westchester County Referee) _Michael Amodio, Esq., 2 William Street, Suite 306, White Plains NY_

FILED: SUFFOLK COUNTY CLERK 01/24/2025 10:12 AM
NYSCEF DOC. NO. 98
25-22685-shl    Doc 3-4    Filed 07/23/25    Entered 07/23/25 14:56:28    Exhibit D -
Foreclosure Order    Pg 3 of 3
INDEX NO. 619869/2023
RECEIVED NYSCEF: 01/24/2025

who is hereby appointed Referee for that purpose; that said Referee give public notice of the time and place of said sale according to law and the practice of this Court in the (Westchester County Newspaper) _The Journal News_

that the plaintiff or any other party to this action may become the purchaser at such sale; that in the event the plaintiff shall become the purchaser at said sale, it shall not be required to make any down-payment thereon; that upon receiving a down-payment the Referee then deposit such sum in his own name as Referee in

(Westchester Bank) _any FDIC/IOLA account_

ORDERED, ADJUDGED AND DECREED, that all other provisions of the Judgment of Foreclosure and Sale entered herein on August 28, 2024 shall remain in full force and effect.

**GRANTED**

JAN 10 2025

VINCENT PULEO
Clerk of Suffolk County

ENTER

Hon. THOMAS F. WHELAN, J.S.C.